**Wilson Wayne Punshon**
**Chapter 7 Bankruptcy No. 05-38125KJC**

**Detailed Statement Attachment to Schedule I-Regular Income from operation of business or profession or farm**

Monthly Gross revenues: $5,940.00

Monthly business expenses: $3,721.05

| | |
|---|---|
| Advertising: | $27.94 |
| Car-mileage: | $250.00 |
| CLE: | $72.50 |
| Filing fees: | $27.00 |
| Office maintenance: | $30.70 |
| Miscellaneous: | $95.00 |
| Parking: | $1.30 |
| Office supplies: | $3.71 |
| Cellular phone: | $79.97 |
| Phone (including advertising) | $591.60 |
| Postage: | $9.60 |
| Professional association dues: | $72.00 |
| Professional liability insurance: | $102.00 |
| Rent: | $1090.00 |
| Secretary salary: | $467.70 |
| Subscriptions: | $5.53 |
| Federal self-employment taxes: | $549.00 |
| State self-employment taxes: | $74.50 |
| Tax return preparation: | $55.00 |
| Computer expenses: | $116.00 |

Net monthly income: $2,218.95